UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| YRKA LUGO,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No: 2:22-cv-01575-PA (JPRx)<br><br>**ORDER DISMISSIN ENTIRE ACTION WITHOUT PREJUDICE** |
|---|---|

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each is side to bear their own attorney fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: June 06, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE